Commonwealth *v.* Rossi, Appellant.

Submitted December 16, 1975. *Malcolm W. Berkowitz,* and *Berkowitz and Gutkin,* for appellant; *Larry Elliot Jones,* Assistant District Attorney, and *William H. Lamb,* District Attorney, for Commonwealth, appellee.

Order affirmed.

Commonwealth *v.* Schooley, Appellant.

Submitted November 17, 1975. *Harry E. Knafelc,* Assistant Public Defender, for appellant; *Joseph M. Stanichak,* Assistant District Attorney, and *Joseph S. Walko,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

Commonwealth *v.* Schwalbaum, Appellant.

Submitted November 25, 1975. *Michael J. Wherry,* and *Wherry & Ketler,* for appellant; *Ballard F. Smith, Jr.,* Assistant District Attorney, *Donald E. Lewis,* First Assistant District Attorney, and *Paul D. Shafer, Jr.,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.